**The Honorable Thomas S. Zilly**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO MIRANDA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALASKA LONGLINE, LLC., OCEAN PROWLER, LLC and PROWLER FISHERIES, INC.,<br><br>　　　　　Defendants. | NO.  2:15-cv-00148 TSZ<br><br>ANSWER TO AMENDED COMPLAINT |

Defendants, by and through their counsel, Betts Patterson & Mines and Steve Goldstein, answer Plaintiff's Amended Complaint by admitting, denying and alleging as follows:

1. Answering the allegations in paragraph 1, defendants admits that plaintiff is making the various allegations set forth in that paragraph, but specifically denies each and every one of those allegations made.

2. Answering the allegations in paragraph 2, defendants admits that plaintiff is making the various allegations set forth in that paragraph, but specifically denies each and every one of those allegations made.

ANSWER TO AMENDED COMPLAINT    - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

826097.docx/090115 1234/6184-0171

3. Answering the allegations in paragraph 3, defendants admits that plaintiff is seeking the relief set forth in that paragraph, but specifically denies that he is entitled to any of the relief sought.

3. The statement is paragraph 3 does not allege any facts so no response is required. To the extent a response is required, the Court will determine whether plaintiff can or cannot reserve his ability to amend his complaint.

4. Answering the allegations in paragraph 4, defendants deny plaintiff's characterization of the EEOC findings as incomplete, as the EEOC found probable cause to believe there was harassment based on the allegations against one supervisor only, and that it also found no probable cause to believe plaintiff was discharged based on national origin.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Answering paragraph 7, defendants admit that the allegations in this paragraph as to defendants Alaska Longline LLC and Ocean Prowler LLC. Defendants deny the allegation as to defendant Prowler Fisheries Inc.

8. Defendants admit the allegations in paragraph 8.

9. Defendants admit the allegations in the first sentence of paragraph 9. Answering the second and third sentences, defendants Alaska Longline LLC and Ocean Prowler LLC. admit the allegations, and defendant Alaska Fisheries Inc., denies the allegations.

10. Defendants Alaska Longline LLC and Ocean Prowler LLC. admit the allegations in paragraph 10, and defendant Alaska Fisheries Inc. denies them.

11. Defendants admit the allegations in paragraph 11.

12. Defendants admit the allegations in paragraph 12.

13. Defendant admits the allegations in paragraph 13, but affirmatively asserts that the EEOC findings cited are incomplete, as the EEOC found probable cause to believe there was

ANSWER TO AMENDED COMPLAINT - 2 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

826097.docx/090115 1234/6184-0171

harassment based on the allegations against one supervisor only, and that it also found no probable cause to believe plaintiff was discharged based on national origin.

14. Defendants admit the allegations in paragraph 14, but denies that Defendants subjected Plaintiff to a hostile work environment or harassed him.

15. Answering the allegations in paragraph 14, defendants incorporate their answers as set forth above.

16. Defendants deny each and every allegation in paragraph 16.

17. Defendants deny each and every allegation in paragraph 17.

18. Defendants deny each and every allegation in paragraph 18.

19. Defendants deny each and every allegation in paragraph 19.

20. Defendants deny each and every allegation in paragraph 20.

21. Defendants deny each and every allegation in paragraph 21.

22. Defendants deny each and every allegation in paragraph 22.

23. Defendants deny each and every allegation in paragraph 23.

24. Defendants deny each and every allegation in paragraph 24.

25. Defendants deny each and every allegation in paragraph 25.

26. Defendants deny each and every allegation in paragraph 26.

27. Defendants deny that plaintiff is entitled to any of the relief sought in his prayer for relief.

As Affirmative Defenses, Defendants allege as follows:

1. Plaintiff fails to state, in whole or in part, claims upon which relief can be granted.

2. Plaintiff has failed to mitigate his damages, if any.

3. Plaintiff failed to utilize any complaint procedures available and his recovery should therefore be barred or limited.

ANSWER TO AMENDED COMPLAINT    - 3 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

826097.docx/090115 1234/6184-0171

Wherefore, having fully answered the Amended Complaint, defendants pray that it be dismissed with prejudice, that defendants be awarded their costs and disbursements, including reasonable attorneys' fees, and for such other relief as the Court deems just and equitable.

DATED this 1st day of September, 2015.

                      BETTS, PATTERSON & MINES, P.S.

                      By: */s/ Steve Goldstein*
                          Steven Goldstein, WSBA #11042
                      Attorneys for Defendants

ANSWER TO AMENDED COMPLAINT - 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

826097.docx/090115 1234/6184-0171

# CERTIFICATE OF SERVICE

I, Karen Pritchard, hereby certify that on September 1, 2015, I electronically filed the following:

- Answer; and
- Certificate of Service

with the Court using the CM/ECF system which will send notification of such filing to the following

***Attorneys for Plaintiff Francisco Miranda***
Scott C. G. Blankenship
Robin J. Shishido
Blankenship Law Firm, PS
1000 2nd Ave Ste 3250
Seattle, WA, 98104
Phone: (206) 343-2700
FAX: (206) 343-2704
Email: sblankenship@blankenshiplawfirm.com
Email: rshishido@blankenshiplawfirm.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 1st day of September, 2015.

_____
Karen Pritchard, Legal Assistant to
Steven Goldstein

ANSWER TO AMENDED COMPLAINT    - 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

826097.docx/090115 1234/6184-0171